UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-8-ART (40) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CLIFFORD WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In 2013, Clifford Watson was convicted of conspiracy to distribute oxycodone, in violation of 21 U.S.C. § 846. *See* R. 998 (Judgment). He was sentenced to 46 months in prison, *id.* at 2, followed by 10 years of supervised release, *id.* at 3. In December 2014, Watson filed a motion to vacate his conviction pursuant to 28 U.S.C. § 2255. R. 1283. Therein, he argued that his conviction should be vacated on the grounds of ineffective assistance of counsel. R. 1283-1.

On October 29, 2015, the Magistrate Judge issued a Report and Recommendation, in which he recommended that the Court deny Watson's motion to vacate and issue no certificate of appealability. *See* R. 1464. That Report and Recommendation advised the parties that, "[w]ithin fourteen days after being served with a copy of this decision, any party may serve and file specific written objections to any or all findings or recommendations[.]" *Id.* at 25. "Failure to make a timely objection," the Magistrate Judge further advised, "may, and usually does, result in waiver of further appeal to or review by the District Court and

Court of Appeals." *Id.* (citing *Thomas v. Arn*, 474 U.S. 140 (1986); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981)).

Given that the Magistrate Judge issued his Report and Recommendation on October 29, 2015, the parties had until November 12, 2015 to file any objections. Neither party filed an objection. And the time to do so has now passed. *See* Fed. R. Civ. Proc. 72(b). Thus, Watson has waived his right to file any objection to the Magistrate Judge's Report and Recommendation. *See Walters*, 638 F.2d at 950. Hence the Court will adopt the Report and Recommendation as its own opinion.

Accordingly, it is **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, R. 1464, is **ADOPTED**.

(2) Watson's motion to vacate pursuant to 28 U.S.C. § 2255, R. 1283, is **DENIED.**

(3) Watson is not entitled to a certificate of appealability.

This the 11th day of December, 2015.

Signed By:
*Amul R. Thapar* AT
United States District Judge